No error appearing, the judgment will be affirmed.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon his plea of guilty, appellant was convicted of murder without malice and a jury being waived, the trial court assessed the minimum punishment of two years in the penitentiary.

The record contains no bills of exception and no statement of facts, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

---

## LAWSON v. STATE.
### No. 25237.

Court of Criminal Appeals of Texas.
March 28, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was charged by indictment with the offense of operating an automobile upon a public highway while intoxicated, the indictment alleging a prior conviction for such an offense and therefore charging a felony.

Upon a plea of guilty, the jury assessed the punishment at eighteen months in the penitentiary and declined to recommend a suspension of sentence.

There are no bills of exception or objections to the court's charge; and the proceedings appear to be regular.

The statement of facts shows that in addition to his plea of guilty, the confession of appellant was offered and appellant testified as a witness admitting the facts necessary for a conviction.

Other evidence also showed that appellant was intoxicated; that he drove an automobile on the public highways while in that condition; that he sideswiped one car, collided with another car which was parked at the curb, and ran through a red traffic light. The prior judgment of conviction was offered in evidence, appellant's identity being admitted.

The evidence is deemed sufficient to sustain the verdict, and no error is found.

The judgment is affirmed.

Opinion approved by the Court.